UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CR-20118-GAYLES/OTAZO-REYES

UNITED STATES OF AMERICA

v.

MARSHALL KING,

        **Defendant.**
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation. [ECF No. 228]. The Court referred several pending matters pursuant to 28 U.S.C. § 636(b)(1)(B) to Judge Otazo-Reyes [ECF Nos. 223, 225] including: 1) Defendant Marshall King's Objection to Garnishee Fidelity Investments' Answer and Amended Answer and Request for a Hearing [ECF No. 209]; 2) Defendant's Objection to the Garnishee Ameriprise Financial's Answer and Request for a Hearing [ECF No. 211]; 3) Non-Party Mary A. King's Objection to Answer of Garnishee Ameriprise Financial, Inc. [ECF No. 211]; 4) Mrs. King's Objection to Amended Answer of Garnishee Fidelity Brokerage Services and Fidelity Management Trust Company [ECF No. 212]; 5) Defendant's Objection to the Garnishee Northwestern Mutual Life Insurance Company's Answer and Request for a Hearing [ECF No. 219]; and 6) Mrs. King's Motion to Dissolve the Writ of Garnishment on Uncontested Accounts ("Motion to Dissolve") [ECF No. 221]. On February 25, 2019, Judge Otazo-Reyes held a hearing on these matters and issued her Report recommending that Mrs. King's Objections be overruled, Defendant's objections be overruled, and the Motion to Dissolve be granted in part and denied in part. [ECF No. 228]. No objections to the Report were filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the record for clear error and agrees with Judge Otazo-Reyes' findings. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1) Judge Otazo-Reyes' Report and Recommendation [ECF No. 228] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

(2) Mrs. King's objections [ECF Nos. 211, 212] are overruled.

(3) Defendant's objections [ECF No. 219] are overruled.

(4) Mrs. King's Motion to Dissolve [ECF No. 221] is **GRANTED IN PART AND DENIED IN PART**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of March, 2019.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE